United States District Court
Southern District of Texas
**ENTERED**
May 31, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KAYA SCHANEN | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H: 24-0259 |
| | § | |
| IN-FOCUS SOLUTIONS, LLC | § | |

## ORDER OF DISMISSAL

In accordance with the Stipulation of Dismissal filed on May 24, 2024 (Doc. No. 12), this case is **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and fees.

SIGNED this 31st day of May 2024.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE